**A. C. KING et al., Appellants,**

v.

**ATLANTIC COAST LINE RAILROAD
COMPANY et al., Appellees.**

**No. 20299.**

United States Court of Appeals
Fifth Circuit.

Nov. 6, 1963.

Rehearing Denied Dec. 11, 1963.

Ernest D. Jackson, Sr., Jacksonville,
Fla., for appellants.

William H. Adams, III, Jacksonville,
Fla., Richard R. Lyman, Toledo, Ohio,
William H. Maness, Jacksonville, Fla.
(Mahoney, Hadlow, Chambers & Adams,
Jacksonville, Fla., Mulholland, Hickey &
Lyman, Toledo, Ohio, of counsel), for
appellees.

Before TUTTLE, Chief Judge, and
JONES and BELL, Circuit Judges.

PER CURIAM.

The appellants, who were employees
of the appellee Railroad Company,
brought a suit against the Railroad and
a Union, of which the appellants were
members, claiming that the Railroad and
the Union had unlawfully abolished their
jobs. The district court denied relief
and this Court affirmed. Britton v. At-
lantic Coast Line Railroad Company, 5th
Cir. 1962, 303 F.2d 274. In remanding
to the district court, this Court author-
ized the filing of an amended complaint.
The amended complaint was filed. Mo-

tions for summary judgment were made by the Railroad and the Union. The district court granted summary judgment against the appellants, holding, as it and this Court had held on the former appeal, that exclusive jurisdiction was in the Railway Adjustment Board. We see no difference between the factual situation under the original complaint and that which is before us on this appeal as would call for a different result than was reached when the cause was before us earlier. The judgment of the district court is

Affirmed.